**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| **THE ENVIRONMENTAL PROTECTION COMMISSION OF HILLSBOROUGH COUNTY, FLORIDA,** | ) ) ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **Civil Action No._____** |
| | ) | |
| **VOLKSWAGEN AG, VOLKSWAGEN GROUP OF AMERICA, INC., AUDI AG, AUDI OF AMERICA, LLC, DR. ING. H.C. F. PORSCHE AG, PORSCHE CARS NORTH AMERICA, INC., ROBERT BOSCH GmbH, and ROBERT BOSCH LLC,** | ) ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT

1.      This case arises out of one of the most brazen corporate crimes in history.  The defendants[1] manufactured a defeat device," a secretly embedded software algorithm installed in vehicles' engine management systems, to cheat, defeat and render inoperable the vehicles' emission control systems.  The scheme duped the United States Environmental Protection Agency ("EPA"), among other regulators, into approving for sale hundreds of thousands of non-compliant cars (the "Affected Vehicles").

2.      Volkswagen got away with its scheme for years, and the Affected Vehicles were sold throughout the country in record numbers.  Once on the roads, these cars spewed millions

---

[1] Defendant Volkswagen AG is the parent of subsidiaries Volkswagen Group of America, Inc., Audi AG, Audi of America, LLC, Dr. Ing. h.c. F. Porsche AG, and Porsche Cars North America, Inc.  These entities are referred to throughout this complaint, collectively, as "Volkswagen."  Defendant Robert Bosch GmbH is the parent of its subsidiary Robert Bosch LLC, and the two entities are referred to collectively as "Bosch" throughout this complaint.

of tons of harmful nitrogen oxide ("NOX") pollutants into our air at a rate of up to 40 times the legal limit.

3.     Volkswagen's defeat devices detected when engines were being tested in a lab or smog station and triggered performance-sapping controls to simulate compliance with emission laws.  But when the test ended, and the driver returned to the road under normal operation and use, the performance—and the illegal belch of pollution—returned.  Everything about Volkswagen's fraudulent scheme was coolly calculated to fool regulators, as Michael Horn, former CEO of VW America, confessed in the fall of 2015 at Congressional hearings: "[the defeat device] was installed for this purpose, yes."[2]

4.     Volkswagen promised low-emission, environmentally friendly vehicles, with high fuel economy and exceptional performance, and consumers bought them in record numbers.  In fact, Volkswagen has sold more diesel cars in the U.S. than every other automaker combined.[3]  From 2009 to 2015, Volkswagen sold and/or leased approximately 580,000 dirty diesels that its defeat device disguised as clean.  In doing so, Volkswagen secretly turned the most environmentally conscious consumers into some of the biggest polluters on the road—and charged them a premium in the process.

5.     As a result, there are over half a million cars on American roads with illegal emission systems that never should have left the factory, and would not have, but for Volkswagen's fraudulently obtained EPA Certificates of Conformity ("COCs").  There are at least 1,118 Affected Vehicles currently registered in Hillsborough County.

6.     Since the revelation of Volkswagen's scheme, the Department of Justice ("DOJ") has filed a complaint alleging numerous violations of the Clean Air Act ("CAA"),

---

[2] *See* Bill Chappell, *'It Was Installed For This Purpose,' VW's U.S. CEO Tells Congress About Defeat Device*, NPR (Oct. 8, 2015), available at http://www.npr.org/sections/thetwo-way/2015/10/08/446861855/volkswagen-us-ceo-faces-questions-on-capitol-hill.

[3] *Clean Diesel*, Volkswagen (last visited Feb. 8, 2016), *previously available at*, http://www.vw.com/features/clean-diesel/.

state attorneys general have announced investigations and filed lawsuits, and countless other civil lawsuits have been filed against Volkswagen.

7.     The Affected Vehicles include the following models:

| 2.0 Liter Diesel Models and Years | |
|---|---|
| Volkswagen Jetta | 2009-2015 |
| Volkswagen Jetta SportWagen | 2009-2014 |
| Volkswagen Beetle | 2012-2015 |
| Volkswagen Beetle Convertible | 2012-2015 |
| Audi A3 | 2010-2015 |
| Volkswagen Golf | 2010-2015 |
| Volkswagen Golf SportWagen | 2015 |
| Volkswagen Passat | 2012-2015 |

| 3.0 Liter Diesel Models and Years | |
|---|---|
| Volkswagen Touareg | 2009-2016 |
| Porsche Cayenne | 2013-2016 |
| Audi A6 Quattro | 2014-2016 |
| Audi A7 Quattro | 2014-2016 |
| Audi A8 | 2014-2016 |
| Audi A8L | 2014-2016 |
| Audi Q5 | 2014-2016 |
| Audi Q7 | 2009-2016 |

8.     The plaintiff, the Environmental Protection Commission of Hillsborough County, Florida ("EPC"), on behalf of the citizens of Hillsborough County, brings this action for violations of the EPC's duly promulgated rules, and for statutory penalties provided therein.

## JURISDICTION AND VENUE

9.     Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 in that complete diversity exists among the parties and the amount in controversy exceeds $75,000.

10.    Hillsborough County, Florida, including its EPC, as further described below, is located in this district.  In addition, there are presently at least 1,118 Affected Vehicles registered in Hillsborough County.  The defendants, as described in detail below, are not residents of this district.

11.     The EPC intends to seek statutory penalties, as described in further detail herein, for violation of the EPC's duly promulgated rules.  The maximum penalty of $5,000 per violation, with each day in noncompliance constituting a separate violation, when applied to over one thousand Affected Vehicles, yields a potential civil penalty in the many millions of dollars.  This far surpasses the $75,000 threshold required for the exercise of diversity of jurisdiction.

## PARTIES

### A.     Plaintiff

12.     The Environmental Protection Commission of Hillsborough County, Florida ("EPC") is a unit of the government of Hillsborough County, Florida.  The EPC was created in 1967 by the Hillsborough County Environmental Protection Act ("Enabling Act"), a special act of the Florida legislature, "to provide and maintain for the citizens and visitors of said county standards which will insure … atmospheric purity and freedom of the air from contaminants or synergistic agents injurious to human, plant, or animal life…." Enabling Act, § 2.  (See Exhibit A, attached hereto).  Air quality in Hillsborough County is a pressing local issue as the County has struggled over the years to maintain compliance with the mandates of the Clean Air Act.  In 2015, Hillsborough County's air quality, although much improved from the 1980s, was barely within the threshold for Clean Air Act compliance.[4]  Hillsborough County, its residents and its businesses located therein, have invested more than a billion dollars in the last twenty years in trying to clean up its air and water since they have such a significant effect on its bay, the health of its residents and the local economy.   All that has been done over the last twenty years has been adversely impacted by defendant's actions described herein.

---

[4] On October 1, 2015, the EPA promulgated a revised air quality standard of 70 parts per billion (ppb).  Hillsborough County ozone design values for 2013-2015 range from 64 ppb on Davis Island, to 66 ppb at Gandy and Sidney, to 69 ppb at Simmons Park.

13.     The EPC consists of the duly elected members of the Hillsborough County Board of County Commissioners.  Id., § 4.  The EPC is funded annually by moneys appropriated by the Board of County Commissioners.  Id., § 20.  The EPC has offices at 3629 Queen Palm Drive, Tampa, Florida 33619.  The Board of County Commissioners is located at 601 East Kennedy Boulevard, Tampa, Florida 33602.

### B.     **Defendants**

#### 1.     **Volkswagen AG**

14.     Volkswagen AG ("VW AG") is a German corporation with its principal place of business in Wolfsburg, Germany.  VW AG is one of the largest automobile manufacturers in the world, and is in the business of designing, developing, manufacturing, and selling automobiles.  VW AG is the parent corporation of VW America, Audi AG, and Porsche AG.  According to VW AG, it sold 10.14 million cars worldwide in 2014 – including 6.12 million VW-branded cars, 1.74 million Audi-Branded cars, and 189,849 Porsche-branded cars.  Combined with other brands, VW AG boasts a 12.9% share of the worldwide passenger car market.  VW AG's sales revenue in 2014 totaled €202 billion (approximately $221 billion) and sales revenue in 2013 totaled €197 billion (approximately $215 billion).  At €12.7 billion (approximately $13.9 billion), VW AG generated its highest ever operating profit in fiscal year 2014, beating the previous record set in 2013 by €1.0 billion (approximately $1.1 billion).

15.     VW AG engineered, designed, developed, manufactured, and installed the "defeat device" software on the Affected Vehicles equipped with the 2.0 liter TDI® and exported these vehicles with the knowledge and understanding that they would be sold throughout the United States.  VW AG also developed, reviewed, and approved the marketing and advertising campaigns designed to sell the Affected Vehicles.

### 2.    Volkswagen Group of America, Inc.

16.    Volkswagen Group of America, Inc. ("VW America") is a New Jersey corporation with its principal place of business located at 2200 Ferdinand Porsche Drive, Herndon, Virginia 20171.  VW America is a wholly-owned subsidiary of Volkswagen AG, and it engages in business, including the advertising, marketing and sale of Volkswagen automobiles, in all 50 states.  In 2014 alone, VW America sold 552,729 vehicles from its 1,018 dealer locations in all 50 states, including 95,240 TDI® Clean Diesel vehicles.

### 3.    Audi AG

17.    Audi AG ("Audi AG") is a German corporation with its principal place of business in Ingolstadt, Germany.  Audi AG is the parent of Audi of America, LLC, and a subsidiary of the Audi Group, which is a wholly-owned subsidiary of VW AG.  Audi AG designs, develops, manufacturers, and sells luxury automobiles.  According to Audi AG, the Audi Group sold 1.74 million cars worldwide in 2014, with sales revenues in 2014 totaling €53.8 billion (approximately $58.5 billion).  Audi AG's operating profit in fiscal year 2014 was €5.15 billion (approximately $5.63 billion).

18.    Audi AG engineered, designed, developed, manufactured and installed the "defeat device" software on the Affected Vehicles equipped with the 3.0 liter TDI® diesel engine, and exported these vehicles with the knowledge and understanding that they would be sold throughout the United States.  Audi AG also developed, reviewed, and approved the marketing and advertising campaigns designed to sell its Affected Vehicles.

### 4.    Audi of America, LLC

19.    Audi of America, LLC ("Audi America") is a Delaware limited liability company with its principal place of business located at 2200 Ferdinand Porsche Drive, Herndon, Virginia 20171.  Audi America is a wholly-owned U.S. subsidiary of Audi AG, and it engages in business, including the advertising, marketing and sale of Audi automobiles, in all 50 states.

### 5.   Dr. Ing. h.c. F. Porsche AG

20.     Dr. Ing. h.c. F. Porsche AG ("Porsche AG") is a German corporation with its principal place of business located in Stuttgart, Germany.  Porsche AG designs, develops, manufacturers, and sells luxury automobiles.  Porsche AG is a wholly-owned subsidiary of VW AG.  According to Porsche AG, it sold 187,208 cars worldwide in 2014, with sales revenues in 2014 totaling €17.2 billion (approximately $18.8 billion).  Porsche AG's operating profit in fiscal year 2014 was €2.79 billion ($2.97 billion).

21.     Porsche AG installed the "defeat device" software on the Affected Vehicles equipped with the 3.0 liter TDI® diesel engine, and exported these vehicles with the knowledge and understanding that they would be sold throughout the United States.  Porsche AG also developed, reviewed, and approved the marketing and advertising campaigns designed to sell its Affected Vehicles.

### 6.   Porsche Cars North America, Inc.

22.     Porsche Cars North America, Inc. ("Porsche America") is a Delaware corporation with its principal place of business located at 1 Porsche Drive, Atlanta, Georgia 30354.  Porsche America is a wholly-owned U.S. subsidiary of Porsche AG, and it engages in business, including the advertising, marketing and sale of Porsche automobiles, in all 50 states.  According to Porsche AG, 2014 represented its best annual results in Porsche history in the U.S., with 47,007 automobiles delivered.  Porsche America now maintains a network of 189 dealers nationwide.

### 7.   Robert Bosch GmbH

23.     Robert Bosch GmbH is a German multinational engineering and electronics company headquartered in Gerlingen, Germany.  Robert Bosch GmbH is the parent company of Robert Bosch LLC.  Robert Bosch GmbH, directly and/or through its North-American

subsidiary Robert Bosch LLC, at all material times, designed, manufactured, and supplied the defeat device to Volkswagen for use in the Affected Vehicles.

### 8.   Robert Bosch LLC

24.     Robert Bosch LLC is a Delaware limited liability company with its principal place of business located at 38000 Hills Tech Drive, Farmington Hills, Michigan 48331. Robert Bosch LLC is a wholly-owned subsidiary of Robert Bosch Gmbh.   Robert Bosch LLC, directly and/or in conjunction with its parent Robert Bosch GmbH, at all material times, designed, manufactured, and supplied the defeat device to Volkswagen for use in the Affected Vehicles.

## FACTUAL ALLEGATIONS

### A.   Volkswagen's Plot to Dominate the Automotive Market

25.     The seeds for the scandal were planted in 2005, as Volkswagen was repositioning its fleet in light of tightening emission regulations in our country, "with a strategic decision to launch a large-scale promotion of diesel vehicles in the United States in 2005."[5]  While other automakers focused on hybrid or hydrogen fueled vehicles, Volkswagen pivoted toward "clean diesel" technology as its primary strategy to reach the growing target market of environmentally conscious consumers.

26.     In 2004, the second generation Toyota Prius became an explosive success, tripling global sales from years prior and changing environmentally-friendly vehicles from a niche market to a standard consumer option.  Although it was the first mainstream hybrid vehicle, the Prius was widely viewed as a "boring" vehicle, as the improvements in fuel

---

[5] *Volkswagen making good progress with its investigation, technical solutions, and Group realignment*, Volkswagen AG (Dec. 10, 2015), http://www.volkswagenag.com/content/vwcorp/info_center/en/news/2015/12/VW_PK.html.

efficiency and emissions were offset by relatively bland styling and lackluster driving performance.

27.    Volkswagen took note of the success and sought to achieve the same (or better) efficiency benchmarks as the Prius, but in a "fun-to-drive," high-performance vehicle.  This was to be achieved with a supposedly remarkable breakthrough in diesel technology: the EA 189 TDI engine.  TDI, short for "turbocharged diesel injection," was the culmination of millions of dollars in research and development, and was heralded as the critical factor that would be responsible for Volkswagen's growth and success in the U.S.

28.    In 2007, VW AG's new CEO, Martin Winterkorn, set ambitious goals for Volkswagen to become a world leader in automobile manufacturing.  This included a target of tripling U.S. sales to at least 800,000 vehicles by 2018.[6]  At the time, diesel-engine vehicles made up just 5% of the U.S. car market, and Winterkorn recognized this as the perfect opportunity to expand Volkswagen's market share.  As shown below in a VW America presentation touting the success of "clean diesel," this strategy was employed with great success:[7]

---

[6] William Boston, *Volkswagen Emissions Investigation Zeroes In on Two Engineers*, Wall Street Journal (Oct. 5, 2015), http://www.wsj.com/articles/vw-emissions-probe-zeroes-in-on-two-engineers-1444011602.
[7] *Volkswagen AG, TDI: U.S. Market Success*, Clean Diesel Delivers (March, 2015), http://cleandieseldelivers.com/media/Douglas-Skorupski-VWoA_DTF_March2015.pdf.



29.     To expand its diesel market penetration in the U.S., Volkswagen needed to overcome the stigmas associated with diesel vehicles.  Foremost among these was the consumer perception that diesel engines emit thick, toxic smoke full of dangerous and destructive pollutants, relegated to the smog-filled cities of the past.  In developing and marketing the new diesel vehicles, Volkswagen claimed to have solved all of these environmental problems with the new EA 189 engine, which it aggressively marketed as the clean, green, alternative to hybrid engines, such as those in the Prius.

30.     Behind the scenes, however, Volkswagen realized that it was not possible to roll out these so-called "clean" diesel vehicles within its self-imposed budgetary and engineering constraints.  To get the job done, Winterkorn appointed two engineers, Ulrich Hackenberg and Wolfgang Hatz (both of whom had worked closely with Winterkorn at Audi) to head up R&D and engine development for this project.  These two engineers were the chief developers of the TDI engine.[8]  Their primary mandate was to develop a diesel engine that

---

[8] Jack Ewing, *Volkswagen Engine-Rigging Scheme Said to Have Begun in 2008*, N.Y. Times

maintained the performance of traditional gasoline engines with reduced $CO_2$ emissions and fuel consumption, all while meeting the strict $NO_X$ emission standards in the U.S.  Winterkorn also relied upon and worked closely with Frank Tuch, VW's head of quality assurance, who was intimately familiar with the engines and transmissions across all Volkswagen brands.

31.     $NO_X$ is a generic term for the mono-nitrogen oxides NO and $NO_2$ (nitric oxide and nitrogen dioxide), which are predominantly produced from the reaction of nitrogen and oxygen gases in the air during combustion.  $NO_X$ is produced by the burning of all fossil fuels, but is particularly difficult to control from the burning of diesel fuel.  $NO_X$ is a toxic pollutant, which produces smog and a litany of environmental and health problems, as detailed further in Section H.

32.     Diesel fuel is traditionally denser than gasoline, and the syrupy fuel contains longer hydrocarbon chains, which, along with the operational advantages typically inherent of compression ignition (diesel) engines, tends to produce a more efficient vehicle.  In fact, diesel engines can convert over 45% of fuel energy into useful mechanical energy, whereas gasoline engines convert only 30% of fuel into energy.[9]  To make use of this dense diesel fuel, diesel engines combine high temperatures and high compression to produce a pressure-cooker of mechanical energy, as opposed to a spark ignition in the typical gasoline engine.  Though more efficient, diesel engines come with their own set of challenges, as highly-compressed diesel emissions can include high levels of $NO_X$ and particulate matter ("PM"), or soot.  $NO_X$ emissions can be reduced by adjusting the compression and temperature, but that in turn produces PM, a similarly-undesirable hydrocarbon-based emission.  Diesel engines must operate according to this trade-off between $NO_X$ and PM, and always exist in a state of balance between "rich" and "lean" conditions.

---

(Oct. 5,     2015),     http://www.nytimes.com/2015/10/05/business/engine-shortfall-pushed-volkswagen-to-evade-emissions-testing.html.

[9] *Just the Basics, Diesel Engine*, U.S. Dept. of Energy, Office of Energy Efficiency & Renewable     Energy     (last     visited     Feb. 8,     2016),     *available     at* http://www1.eere.energy.gov/vehiclesandfuels/pdfs/basics/jtb_diesel_engine.pdf.

33.     Compression ignition (diesel) combustion is a complex process.  Fuel is injected into the cylinder, and is then heterogeneously mixed with intake air, causing locally rich areas in the middle of the fuel spray.  As a result, regions form where more fuel is present than is needed for complete combustion, which, in turn, produces higher amounts of particulate matter, reduced fuel economy, and sluggish driving performance.  On the other hand, locally lean areas away from the fuel spray result in more air than necessary for complete combustion and cause higher amounts of $NO_X$.  To further complicate this, operating states, and subsequent emissions production, are highly dependent upon fuel injection timing (when the fuel is introduced) and emissions control strategy.  Fuel injection timing strategies also have significant impact on performance, and neither $NO_X$ nor PM discharges are desirable.  Thus, for the EPA to designate a diesel car as a "clean" vehicle, it must produce ***both*** low PM and low $NO_X$.

34.     In recent years, the EPA and the California Air Resources Board ("CARB") have promulgated stricter $NO_X$ emission standards, requiring all diesel models starting in 2007 to produce 90% less $NO_X$ than years prior.[10]  These strict emission standards posed a challenge to Volkswagen's engineers in developing the EA 189 engines.  In fact, during a 2007 demonstration in San Francisco, engine R&D chief Hatz lamented presciently that "[Volkswagen] can do quite a bit and we will do a bit, but 'impossible' we cannot do. . . . From my point of view, the CARB is not realistic . . . I see it as nearly impossible for [Volkswagen]."[11]

---

[10] *Heavy-Duty Engine and Vehicle Standards and Highway Diesel Fuel Sulfur Control Requirements*, Environmental Protection Agency (Dec. 2000), http://www3.epa.gov/otaq/highway-diesel/regs/f00057.pdf.

[11] Danny Hakim, *et al.*, *VW Executive Had a Pivotal Role as Car Maker Struggled With Emissions*, N.Y. Times (Dec. 21, 2015), http://www.nytimes.com/2015/12/22/business/international/vw-executive-had-a-pivotal-role-as-car-maker-struggled-with-emissions.html?mt rref=undefined&gwh=7E46E42F7CCC3D687AEC40DFB2CFA8BA&gwt=pay.

35.     Yet, the "impossible" is just what Volkswagen set out to do.  In order to successfully grow the U.S. diesel market and meet its ambitious goals, Volkswagen needed to develop the technology to reduce $NO_X$ emissions, while maintaining the efficient, powerful performance of a diesel engine.  This seemingly impossible dilemma mired Volkswagen in an internal struggle about how to best proceed, with two divergent technological solutions available: selective catalytic reduction ("SCR"), or use of a lean $NO_X$ trap.

36.     Advocating the former of these solutions, in 2006, Wolfgang Bernhard, then a top executive at VW AG (and former Daimler executive), championed a technology-sharing agreement with Mercedes-Benz and BMW to jointly develop a SCR emission control system using urea.  This SCR system, which assists in neutralizing emissions of $NO_X$, was generically known as a "Diesel Exhaust Fluid" system and marketed as "Bluetec" by Mercedes and "AdBlue" by Volkswagen and other German vehicle manufacturers.  This solution, touted by Bernhard, worked by injecting urea into a diesel vehicle's exhaust stream to react with the $NO_X$, converting it into harmless nitrogen and oxygen.

37.     While Hatz initially supported this solution, stating publicly at the Detroit Auto Show in early 2007 that "Bluetec technology allows us to demonstrate Audi's commitment to always being at the very forefront of diesel technology," [12] his support dissipated as Volkswagen's leadership divided between those who balked at the $350 per-vehicle cost of the SCR system advocated by Bernhard, and those who thought that the SCR system was the only technologically feasible method to meet emission regulations.

38.     Bernhard, the advocate for the SCR system, ultimately lost the internal battle at Volkswagen and resigned.  Consequently, Hatz remained and was tasked with implementing the alternative strategy: lower-cost $NO_X$ traps.  This relatively inexpensive technology involved the storage of $NO_X$ emissions in a catalyst substrate during vehicle operation.  Once that substrate filled up, the system burned off the stored $NO_X$ by pumping an extra burst of fuel

[12] *Id.*

into the cylinders, most of which passed through to the converter, where it then converts the $NO_X$ into nitrogen and oxygen.  While this method was cheaper and easier to implement than the SCR system advocated by Bernhard, it was less effective and resulted in lower fuel efficiency.

39.     According to many sources (including journalists, industry insiders, and Volkswagen whistleblowers), Volkswagen's top brass issued a directive to its engineers to find a way to meet emission standards despite tight budgetary and technical constraints, or suffer the consequences.  VW AG's former CEO, Ferdinand Piëch, created "a culture where performance was driven by fear and intimidation" and whose leadership was characterized as "a reign of terror."[13]  Employees were told, "[y]ou will sell diesels in the U.S., and you will not fail.  Do it, or I'll find somebody who will."[14]  Piëch was infamous for firing subordinates who failed to meet his exacting standards:  "Stories are legion in the industry about Volkswagen engineers and executives shaking in their boots prior to presentations before Piech, knowing that if he was displeased, they might be fired instantly."[15]  And so it seems, out of self-preservation, the cheat device scandal was borne.

    B.     **Volkswagen's Dirty "Cheat Device" Scheme**

40.     Volkswagen engineers had to find a solution.  Their feat was to do what Hatz had called impossible—passing stricter emission standards while maintaining performance, all while hamstrung by cost-cutting measures.  This was all to be done in a short time frame because the new diesel vehicles were scheduled for an imminent release in the U.S.  But Volkswagen executives and engineers were either unable or unwilling to devise a solution within the constraints of the law.  So instead of being honest (and risk being summarily fired),

---

[13] Bob Lutz, *One Man Established the Culture That Led to VW's Emissions Scandal*, Road & Track (Nov. 4, 2015), http://www.roadandtrack.com/car-culture/a27197/bob-lutz-vw-diesel-fiasco/.

[14] *Id.*

[15] Doron Levin, *The man who created VW's toxic culture still looms large*, Fortune (Oct. 16, 2015), http://fortune.com/2015/10/16/vw-ferdinand-piech-culture/.

they and others conspired to cheat by installing a "defeat device" in the new diesel vehicles so that those vehicles could "pass" the EPA (and CARB) emission testing, Volkswagen could obtain COCs to sell the vehicles, and make its targets for sales in the U.S.

41.     To provide context, the EPA administers a certification program under the CAA to ensure every new vehicle introduced into the U.S. stream of commerce meets emission standards for pollutants enumerated in 40 C.F.R. §§ 86.1811-04, 86.1811-09, and 86.1811-10. In addition to passing an emission test, in order to obtain a COC, automakers must submit an application, which lists all auxiliary emission control devices installed in the vehicle, a justification for each, and an explanation of why the control device is not a defeat device.

42.     The CAA prohibits automakers from introducing a new vehicle into the stream of commerce without an EPA COC.  *See* 42 U.S.C. § 7522(a)(1).  The CAA also prohibits "defeat devices," defined as any auxiliary emission control device "that reduces the effectiveness of the emission control system under conditions which may reasonably be expected to be encountered in normal vehicle operation and use."  40 C.F.R. § 86.1803-01; *see also id.*, § 86.1809-10 ("No new light-duty vehicle, light-duty truck, medium-duty passenger vehicle, or complete heavy-duty vehicle shall be equipped with a defeat device.").  Moreover, the CAA prohibits the sale of components used as defect devices, "where the person knows or should know that such part or component is being offered for sale or installed for such use or put to such use."  42 U.S.C. § 7522(a)(3).

43.     It became clear that the TDI engine could not meet U.S. emission regulations when the launch of the Jetta TDI Clean Diesel, initially scheduled for 2007, had to be delayed after initial emission testing failed.[16]  Such failure was unacceptable, so Volkswagen cheated instead.  It has been reported that the decision to cheat the EPA, CARB, and countless other regulators worldwide was an "open secret" in Volkswagen's engine development

---

[16] *VW delays Jetta TDI diesel into the US*, Clean MPG (last visited Feb. 8, 2016), http://www.cleanmpg.com/community/index.php?threads/7254/.

department,[17] as it was necessary for the "EA 189 engine to pass U.S. diesel emissions limits within the budget and time frame allotted."[18]

44.     All modern engines are integrated with sophisticated computer components to manage the vehicle's operation, such as the electronic diesel control ("EDC").   German automotive components manufacturer Bosch tested, manufactured and sold the EDC system used by the Volkswagen in the Affected Vehicles.  This system is more formally referred to as the Electronic Diesel Control Unit 17 ("EDC Unit 17").  Upon its introduction, EDC Unit 17 was publicly-touted by Bosch as follows:

> EDC17 … controls every parameter that is important for effective, low-emission combustion. Because the computing power and functional scope of the new EDC17 can be adapted to match particular requirements, it can be used very flexibly in any vehicle segment on all the world's markets.  In addition to controlling the precise timing and quantity of injection, exhaust gas recirculation, and manifold pressure regulation, it also offers a large number of options such as the control of particulate filters or systems for reducing nitrogen oxides.  The Bosch EDC17 determines the injection parameters for each cylinder, making specific adaptations if necessary. This improves the precision of injection throughout the vehicle's entire service life. The system therefore makes an important contribution to observing future exhaust gas emission limits.[19]

45.     EDC Unit 17 was widely used throughout the automotive industry, including by BMW and Mercedes, to operate modern clean diesel engines.  Bosch worked with each vehicle manufacturer that utilized EDC Unit 17 to create a unique set of specifications and software code to manage the vehicle's engine operation.

---

[17] Georgina Prodham, *Volkswagen probe finds manipulation was open secret in department*, Reuters   (Jan. 23,   2016),   http://www.reuters.com/article/us-volkswagen-emissions-investigation-idUSKCN0V02E7.

[18] Jay Ramey, *VW AG issues update on investigation into emissions-cheating diesel engine software*, Autoweek (Dec. 10, 2015), http://autoweek.com/article/vw-diesel-scandal/vw-chairman-poetsch-company-tolerated-breaches-rules.

[19]  *See* February 28, 2006 Bosch press release.

46.     With respect to the Affected Vehicles, however, EDC Unit 17 was also used to enable Volkswagen to surreptitiously evade emissions regulations.  Bosch and Volkswagen worked together to develop and implement a specific set of software algorithms for implementation in the Affected Vehicles, which enabled Volkswagen to adjust fuel levels, exhaust gas recirculation, air pressure levels, and even urea injection rates (for applicable vehicles).[20]  When carmakers test their vehicles against EPA emission standards, they install their cars on dynamometers (large rollers) and then perform a series of specific maneuvers prescribed by federal regulations.  Bosch's EDC Unit 17 gave Volkswagen the power to detect test scenarios by monitoring vehicle speed, acceleration, engine operation, air pressure and even the position of the steering wheel.  When the defeat device's algorithm detected that the vehicle was on a dynamometer (and therefore undergoing an emission test), the defeat device downgraded its engine's power and performance, thereby reducing emissions back to legal levels.  Once the emission test was complete, the engine would return to full power, and consequently, spew the full amount of illegal $NO_X$ emissions out on the road.[21]  This process is illustrated in the following diagram:

---

[20] *See, e.g.*, *Engine management*, Bosch Auto Parts (last visited February 8, 2016), http://de.bosch-automotive.com/en/parts_and_accessories/motor_and_sytems/diesel/engine_management_2/engine_control_unit_1.

[21] Russell Hotten, *Volkswagen: The scandal explained*, BBC (Dec. 10, 2015), http://www.bbc.com/news/business-34324772.



47.     An example of a fraudulently obtained COC is attached below, taken from a 2013 TDI Volkswagen Golf:



48.    Bosch was well aware that Volkswagen was using its emissions control components as a defeat device and, in fact, worked with Volkswagen to develop the software algorithm specifically tailored for the Affected Vehicles.  Indeed, Bosch reportedly "advised" Volkswagen as early as 2007 that the components should only be used for internal testing, not for manipulation of the engine in emission testing, which it knew to be illegal.[22]

49.    Volkswagen, likewise, knew better—VW America itself is a recidivist violator of the CAA.  In July of 1973, the EPA sought legal action against VW America from the DOJ based on a claim that defeat devices were installed on 1973 Volkswagen vehicles.  The matter was swiftly settled for $120,000 the following year.[23]  And, in June of 2005, VW America entered into a consent decree with the DOJ, wherein it paid a $1.1 million penalty for failing to notify the EPA of emissions problems in certain vehicles manufactured by VW in Mexico.[24]

---

[22] *VW scandal: Company warned over test cheating years ago*, BBC (Sept. 27, 2015), http://www.bbc.com/news/business-34373637.

[23] Rich Gardellsa, *et al.*, *VW had previous run-in over 'defeat devices'*, NBC News (Sept. 23, 2015), http://www.cnbc.com/2015/09/23/vw-had-previous-run-in-over-defeat-devices.html.

[24] Consent Decree, *United States v. Volkswagen of Am., Inc.*, Case No. 1:05-cv-01193-GK, ECF No. 1-2.

50.     What's past is prologue, and Volkswagen was destined to repeat it.  With respect to the Affected Vehicles, Volkswagen hid the fact of the defeat devices from the EPA, such that the COCs were fraudulently obtained.  Because the COCs were fraudulently obtained, the Affected Vehicles were never covered by valid COCs, and thus, were never legal for sale.  Volkswagen hid these facts from the EPA, other regulators, such as the EPC, and consumers, and it continued to sell and lease the Affected Vehicles to the public.

### C.     Volkswagen's "Clean Diesel" Advertising Campaign

51.     While secretly using defeat devices to bypass emission testing, Volkswagen publicly declared a landmark victory—touting that it had successfully optimized its engines to maintain legal emissions, while simultaneously enjoying the cost savings of a lean $NO_X$ trap system.  Volkswagen claimed it accomplished this by monitoring and adjusting combustion conditions and using a two-stage exhaust gas recirculation system to reduce initial emissions, while neutralizing the remaining ones with a lean $NO_X$ trap to comply with U.S. law.[25]  Volkswagen branded and advertised this purportedly revolutionary technology to American consumers as "Clean Diesel" TDI technology.

52.     As we now know, Volkswagen's "clean" diesel campaign was built upon a lie.  Indeed, the Affected Vehicles were so "dirty" that they could not pass the minimum emission standards in the U.S., and Volkswagen had to lie to the EPA in order to sell them in the U.S.  Nevertheless, Volkswagen marketed and sold these Affected Vehicles without ever disclosing to consumers that they were unlawful to sell or drive due to their high levels of $NO_X$ emissions.

### 1.     VW's False and Misleading Advertisements

53.     VW's "clean" diesel campaign was its key selling point for consumers increasingly concerned about the environment.  Its marketing mission was to "get clean-diesel

---

[25] *See* Hadler, *et al*., *Volkswagen's New 2.0l TDI Engine Fulfils the Most Stringent Emission Standards*, Internationales Wiener Motorensymposium 2008; *see also Self Study Program 826803: 2.0 Liter TDI Common Rail BinS ULEV Engine*, Volkswagen of America, Inc. (2008).

power the recognition it deserves as a true 'green' technology," thereby growing Volkswagen's market share to match Winterkorn's lofty goals.[26]  The objective was to change the way consumers thought of diesel technology, by replacing the mental image of sulfur emissions amid clouds of thick soot with that of heightened efficiency and reduced $CO_2$ emissions.  In fact, the VW website stated: "This ain't your daddy's diesel.  Stinky, smoky, and sluggish.  Those old diesel realities no longer apply.  Enter TDI Clean Diesel.  Ultra-low-sulfur fuel, direct injection technology, and extreme efficiency.  We've ushered in a new era of diesel."[27]

54.     Even the dubbing of these diesel engines as "Clean Diesel" was a symptom of the brazen arrogance underlying the fraud.  VW's entire marketing campaign, from the branding of the products to the advertisements, focused on convincing consumers that, not only were the Affected Vehicles compliant with emission regulations, they exceeded them.  This deception culminated in a Guinness World Record attempt in a 2013 Volkswagen Passat TDI, which ironically won an award for "lowest fuel consumption—48 U.S. states for a non-hybrid car."[28]

55.     VW professed that its diesel-based technology was equal or superior to hybrid and electric options offered by its competitors.  As described by Mark Barnes (COO of VW America) when asked, "What is the advantage of a diesel over a hybrid?"

> It's a fantastic power train. It gives very good fuel economy. It's also good for the environment because it puts out 25% less greenhouse gas emissions than what a gasoline engine would. And thanks to the uniqueness of the TDI motor, it cuts out the particulate emissions by 90% and the emissions of nitrous oxide are cut by 95%. So, a very very clean running engine. Clean enough to be certified in all 50 states. It's just like driving a high-powered gasoline engine so you are not giving up one bit of the

---

[26] *See* Press Release, Volkswagen of America (last visited Sept. 28, 2015), http://media.vw.com/release/617.

[27] *Supra* note 2.

[28] Nick Palermo, *Volkswagen Passat TDI Sets World Record for Fuel Economy*, Autotrader (July 2013), http://www.autotrader.com/car-news/volkswagen-passat-tdi-sets-world-record-for-fuel-economy-210689.

driving experience that you'd expect from a regular gasoline engine.[29]

56.     Facing skepticism, Barnes had a ready, if imaginative, response to the question, "How do you re-brand something that's dirty like diesel as something that's green?"

> The way we've gone about it is through a number of communication pieces. One of them we've used is TDI Truth & Dare. It is a very good website that compares some older diesels versus the current TDI clean diesel. And one of the things we do is we put coffee filters over the exhaust pipes of both cars. We let them run for five minutes and after they are done, we take them off and the older diesel product (not a VW diesel) has a round sooty spot on that coffee filter. Ours is very clean. In fact they actually make coffee out of the filter that was attached to the Volkswagen clean diesel tail pipe and they drink it.[30]

57.     VW also advertised that its vehicles performed better on the road than in test conditions, touting in a 2008 press release: "While the Environmental Protection Agency estimates the Jetta TDI at an economical 29 mpg city and 40 mpg highway, Volkswagen went a step further to show real world fuel economy of the Jetta TDI.  Leading third-party certifier, AMCI, tested the Jetta TDI and found it performed 24 percent better in real world conditions, achieving 38 mpg in the city and 44 mpg on the highway."[31]  This discrepancy could only be obtained by modifying the exhaust after treatment control, thereby decreasing vehicle operating costs at the expense of massively increased $NO_X$ emissions.

58.     VW distinguished the TDI Clean Diesel engines from other, "stinky, smoky, sluggish" diesels, proclaiming its "eco-conscious" status and of course failing to disclose that the Affected Vehicles were "dirty" themselves.  Some of the most egregious advertisements available online include the following:

---

[29] Gayathri Vaidyanathan, *Volkswagen Preps for a Diesel Revolution*, Business Insider (Oct. 2009), http://www.businessinsider/volkswagen-preps-for-a-diesel-revolution-2009-10.
[30] *Id.*
[31] Jake Fisher, *Did Volkswagen Use 'Cheat Mode' as a Selling point?*, Consumer Reports (Oct, 18, 2015), http://www.consumerreports.org/volkswagen/did-volkswagen-use-cheat-mode-as-a-selling-point?loginMethod=auto.

## With reduced emissions.

These are not the kind of diesel engines that you find spewing sooty exhaust like an old 18-wheeler. Clean diesel vehicles meet some of the strictest standards in the world. Plus, TDI technology helps reduce sooty emissions by up to 90%, giving you a fuel-efficient and eco-conscious vehicle.[1]

▶ Watch and learn about TDI® Clean Diesel

# This ain't your daddy's diesel.

Stinky, smoky, and sluggish. Those old diesel realities no longer apply. Enter TDI Clean Diesel. Ultra-low-sulfur fuel, direct injection technology, and extreme efficiency. We've ushered in a new era of diesel.

- **Engineered to burn low-sulfur diesel fuel**
- **"Common Rail" direct injection system**

View key fuel efficiency info  ?





## Diesel has really cleaned up its act.

Find out how clean diesel technology impacts fuel efficiency and performance, while also being a more eco-conscious choice.

➜  Go to clearlybetterdiesel.org



# A little fuel goes a long way.



Combining legendary performance and fuel economy, the TDI Clean Diesel is our least thirsty engine yet, delivering up to 1,235 kilometres (highway) per tank on models like the Touareg and Passat.

Come test drive one today.



Das Auto.

59.     VW directed consumers to the www.clearlybetterdiesel.org website, which partnered with affiliates Audi and Porsche, as well as Bosch, Mercedes, and BMW.  This website touted the benefits of newly developed diesel technology as "clean" and environmentally friendly.  Though it has been scrubbed of incriminating advertisements since the revelations of Volkswagen's fraud, the website still contains false and misleading statements, such as:



60.     The website also offered a graphic slider, specifically representing that "Clean Diesel" produced less emissions and dramatically reduced smog, as shown by the following:



61.     This website may have accurately portrayed the environmental advantages of BMW or Mercedes diesel vehicles, which have not been implicated in the defeat device scandals, to date.  However, Volkswagen's partnership with "www.clearlybetterdiesel.org" falsely or misleadingly portrayed the Affected Vehicles as an environmentally friendly, low emissions choice for discerning and socially responsible consumers.

62.     VW also produced a series of TV advertisements for the U.S. market, intended to debunk myths about diesel engines.  One ad, titled "Three Old Wives Talk Dirty," featured three elderly women debating whether diesels, though "beautiful," are dirty vehicles:



63.     To ostensibly debunk the "Old Wives' Tale" that diesel produced dirty exhaust and hazardous emissions, one of the women held her white scarf to the exhaust to convince the passengers that the exhaust was environmentally friendly, and not, in fact, dirty:



64.     She removed the scarf, gestured at it, and asked her friends "see how clean it is?"



65.   Like others in VW's "clean" diesel campaign, this ad falsely or misleadingly portrayed the exhaust emissions from the Affected Vehicles as clean and safe.  In reality, the Affected Vehicles actually emitted invisible, hazardous levels of $NO_X$.

66.   These themes extended to print brochures at dealerships and to VW's website. The brochures emphasized that VW's "clean diesel" was "clean," "green," and low emission. For example, a "2012 Volkswagen Family" brochure for all VW models, states:

> Let TDI Clean Diesel set you free from the filling station. Our TDI engines achieve astonishing mileage and range-up to 43 highway mpg and 795 miles* on a single tank without sacrificing one bit of turbocharged performance. ***That's all thanks to the TDI technology that uses a direct injection system and runs on ultra-low-sulfur diesel, helping reduce sooty emissions by up to 90% compared to previous diesel engines.*** On most models, you can even choose the available DSG automatic transmission with Tiptronic to take that turbo engine to a whole new level.[32]

---

[32] Here, and throughout, emphasis is added and notes and citations omitted, unless otherwise noted.

67.     Similarly, a "2013 Volkswagen Family" brochure, applicable to all models, states:

> When you've had your fill of filling stations, hit the road in your TDI Clean Diesel Volkswagen. These engines achieve astonishing mileage and range-up to 43 highway mpg and 795 miles on a single tank* without sacrificing one bit of turbocharged performance. ***That's all thanks to the TDI technology that uses a direct injection system, and runs on ultra-low-sulfur diesel, helping reduce emissions by up to 90% compared to previous diesels.*** Far and away, it's our best diesel yet.

68.     And a 2012 "Volkswagen TDI Clean Diesel" brochure for the six models of VW TDIs then on the market (Jetta, Jetta , Golf, Passat, Beetle, and Touareg) states:

> *These are not the kind of diesel engines that you find spewing sooty exhaust like my old 18-wheeler. Clean diesel vehicles meet the strictest EPA standards in the U.S. Plus, TDI technology helps reduce sooty emissions by up to 90%, ** giving you a fuel-efficient and eco-conscious vehicle.*  (Emphasis in original.)
>
> . . .
>
> *Think beyond green. TDI represents one part of tile Volkswagen Think Blue initiative, our goal of creating and encouraging eco-conscious products and behaviors.* Join us in being more responsible on the road and on the planet.

69.     Further, a 2010 TDI Jetta and Jetta  brochure states:

> The 2.0L TDI® Clean Diesel engine gives you 140hp and 236 lbs-ft of torque. This engine is the toast of Europe for its quickness, low emissions, and fuel efficiency-a staggering 38 city/44 highway mpg (automatic) based on real-world AMCI-certified testing (30 city/42 highway mpg. EPA estimates).*
>
> . . .
>
> Jetta TDI Clean Diesel offers fuel efficiency,* power, performance, and a $1,300 tax credit** from Uncle Sam because it qualifies as an Advanced Lean Burn Credit. ***Or, in other words, lean, mean, cleaner burning machines. Volkswagen believes ill delivering a no-compromise German-tuned auto that performs, and still leaves a small carbon footprint. The Volkswagen TDI engine is cleaner than conventional diesels,***

*emitting as much as 95% less soot than previous diesel engines, as well as a reduction in oxides of nitrogen and sulfur.* It's powerful, with the kind of low-end torque that racers and tuners demand. It's efficient, using a turbocharger and smart exhaust design to burn fuel more effectively. So much so, in fact, that Volkswagen was the first automaker to make clean diesel cars certified in all 50 states. And best of all, it will help save you money with an out-of-this-world AMCI-estimated mileage of 38 city/44 highway mpg* (automatic) and over 594 miles on a single tank of fuel. There's even a Jetta  TDI Clean Diesel, with the same astonishing clean diesel technology, plus a whopping 66.9 cubic feet of cargo room."

70.    And a VW 2011 Golf TDI brochure states:

Regardless of which Golf model you get, you'll be seeing a lot fewer gas stations and a lot more road. The 2.5L Golf comes standard with a 170-hp, in-line five-cylinder engine with 177 lbs/ft torque and impressive fuel efficiency rated at 23 city/30 highway mpg*. Opt for the Golf TDI model and you'll enjoy a turbocharged clean diesel engine with 140 hp and 236 lbs/ft of torque that will run you even farther at a whopping 30 city/42 highway mpg. That's up to 609 miles per tank*. * *And you'll do it all with 95 percent fewer sooty emissions than diesel engines of old, making it cleaner for both you and the planet.* So whether you're in the market for IntelliChoice's 2010 "Best Overall Value Compact Car over $17,000," or you want to go for a variation on that theme and get the ever-popular TDI model, you can't go wrong. In fact, you can go very right for a long, long time."

71.    A VW 2012 Passat TDI brochure states:

Let the Passat TDI Clean Diesel set you free from the filling station. It achieves an astonishing 43 highway mpg and travels 795 miles* on a single tank without sacrificing one bit of turbocharged performance. *That's all thanks to its TDI technology that uses a direct injection system and runs on ultra-low-sulfur diesel, helping reduce sooty emissions by up to 90% compared to previous diesel engines.* You can even choose the available DSG automatic transmission with Tiptronic to take that turbo engine to a whole new level."

. . .

The TDI Clean Diesel engine was designed and engineered around one simple belief: driving is more fun than refueling. *So besides the reduced emissions and torque-filled benefits you*

*experience behind the wheel of tire Passat TDI, it also saves you money at the pump*."

72.   A VW 2013 TDI Beetle brochure states:

Start the TDI® Clean Diesel model and hear the surprisingly quiet purr of ***the first clean diesel Beetle,*** designed for both power and efficiency.**

73.   A VW 2014 TDI Beetle brochure states:

2.0L TDI Clean Diesel engine. Engineered with the idea that less is more. The Beetle TDI has lower $CO_2$ emissions compared to 84% of other vehicles.* ***So every getaway you make will be a cleaner one***.

74.   A VW 2014 TDI Touareg brochure states:

3.0L TDI Clean Diesel engine. Engineered with the idea that less is more. The Touareg TDI has lower $CO_2$ emissions compared to 88% of other vehicles.* ***So every getaway you make will be a clean one.***"

### 2.   Audi's False and Misleading Advertisements

75.   Audi, like VW, pitched its diesel engines as environmentally friendly, powerful, and efficient.  Drawing heavily from the themes in VW's advertisements, Audi deceptively portrayed its Affected Vehicles as clean and safe for the environment, unlike the diesels of yesteryear.  Examples of such advertisements include:





76.     Audi proclaimed that "[d]iesel [was] no longer a dirty word," but failed to disclose that its vehicles were so dirty that they could not pass emission standards in the U.S. and that the only reason why they were introduced into the stream of commerce here is because Audi fraudulently obtained COCs from the EPA for these vehicles.  With equal audacity, Audi

advertised that, by driving an Audi TDI, you could "[p]rotect the environment and look good doing it," while failing to disclose the pernicious $NO_X$ spewed into the environment.

77. Audi also ran numerous TV commercials for its "Clean Diesel" vehicles, many of which touted the "eco-friendly" characteristics of its diesel technology. One ad, "The Green Police" (which aired during the 2010 NFL Super Bowl) portrayed a dystopian world in which the environmental police ("Green Police") arrested people for using Styrofoam cups, failing to compost, asking for plastic bags at the grocery store, throwing out batteries, and drinking water from plastic bottles. And at a highway checkpoint, the "ECO ROADBLOCK," the Green Police flagged cars that were harmful to the environment:



78. When the Green Police at the ECO ROADBLOCK see an Audi A3 TDI, they give the car a "thumbs up" and allow the driver to bypass the roadblock.



79.     After the white A3 TDI cruises past the other vehicles, the screen fades to black and falsely touts the supposed "green credentials" of the A3 TDI.

80.     Like VW, Audi also made false representations in print brochures available at dealerships and on Audi's website.  For example, an Audi 2011 A3 brochure states:

> With the potent combination of direct diesel injection and turbocharging, the 2.0 liter TDI® clean diesel engine delivers an impressive 236 lb.-ft. of torque and produces 140hp. The power and performance is complemented with impressive EPA-estimated 30 MPG city and 42 MPG highway ratings*. ***Producing 30 percent fewer $CO_2$ emissions than a comparable gasoline engine, the 2.0 TDI clean diesel also meets or exceeds the 50 state emissions requirements.***
>
> . . .
>
> ***Long gone are the days of dirty, smoking diesel engines. Audi TDI clean diesel technology is responsible for the cleanest diesel engines in the world***, with 30 percent fewer $CO_2$ emissions than comparable gasoline engines, making it an environmentally friendly alternative to gasoline power. ***In fact, TDI clean diesel is compliant with California 's ULEV II requirement—the world's most stringent emission standard. The result is a significant reduction in emissions that contribute to global warming***.

81. Audi's 2016 A6 and A7 brochures similarly (and falsely) stated that the TDI versions of these cars meet emission rating "ULEV II," and the 2016 A6, A7, and Q5 brochures all similarly stated:

> Taking advantage of the greater power density of diesel fuel over traditional gasoline, the available 240-hp 3.0-liter TDI® clean diesel V6 delivers incredible torque (428 lb-ft) and passing power, while boasting impressive fuel efficiency numbers. ***It also produces fewer emissions with a combination of Piezo direct injection, a high compression ratio, and innovative after-exhaust treatment that helps eliminate up to 95% of diesel NOx emissions.***

82. An Audi 2016 A8 brochure also listed the TDI models as meeting emission rating "ULEV II," and further stated:

> With 240 hp and 428 lb-ft of torque on tap, the available 3.0-liter TDI® clean diesel engine's elasticity in the passing lane is almost as impressive as its ability to take on even the longest road trips. ***And with features like AdBlue® exhaust after-treatment helping to make every journey a little cleaner, this is a performance win for all sides.***

### 3. Porsche's False and Misleading Advertisements

83. Porsche, like Audi and VW, similarly exploited the "Clean Diesel" branding for its Cayenne SUV to falsely convey that the vehicle was environmentally friendly and legal to drive. The "Clean Diesel" marketing and advertising for the Cayenne SUV also omitted the material fact that the COC issued by the EPA for the vehicle was based on a fundamental lie. Those ads were unfair, deceptive, false, and misleading for the same reasons, as stated above.

84. For example, the brochure for Porsche's diesel-powered 2013 Cayenne SUV, available online and at dealerships, touted the vehicle's "Intelligent Performance and efficiency—the core characteristics of Porsche engineering." It boasted that "[t]his is no ordinary diesel. This is a Porsche 3.0 liter V6 turbo diesel engine. It's a technological marvel, able to take its unique fuel source and transform it into clean, efficient, and incredibly torque-rich power." Further, the brochure exclaimed Porsche "refined" diesel engine technology,

which made its diesel engine "far advanced from what many people perceive—especially in terms of its acceleration, clean emissions, and quiet running operation."[33]  The brochure even touted its "low emissions" on a page entitled: "A cleaner diesel. Exhaust technologies." Porsche described the exhaust system and stated that its exhaust technologies "help to ensure the reduction of harmful pollutants into the environment and make the Cayenne diesel compliant with U.S. emission standards."[34]  Unfortunately, these statements were all untrue.

### 4.    Volkswagen's Nationwide Advertising Campaign Was Highly Effective

85.    Volkswagen's massive advertising campaign for the Affected Vehicles proved highly successful, as Volkswagen took a commanding lead in U.S. diesel vehicle sales. Volkswagen's diesel vehicles were profiled on environmental websites and blogs as the responsible choice, relying on Volkswagen's representations of high mileage and low emissions.[35]

86.    And the success of Volkswagen's advertising campaign resulted in skyrocketing sales.  In 2007, VW America sold 230,572 cars in the United States—a far cry from Winterkorn's goal of 800,000 sales in 2018—and a negligible number of those were diesel vehicles.  In fact, in 2007 only approximately 16,700 light-duty diesel vehicles were sold in the United States.[36]  As Volkswagen released its "clean diesel" lineup and fraudulent

---

[33] *Cayenne Diesel*, Cayman Porsche (last visited Feb. 8, 2016), http://cayman.porsche.com/drive-live/cars/show-cayenne-diesel.

[34] *The new Cayenne Diesel*, Porsche Cars North America, Inc. (2012), *available at* https://static.beepi.com/Brochures/17053.pdf.

[35] *See*, *e.g.*, Jim Motavalli, *Clean diesel: What you need to know*, Mother Nature Network (Apr. 5, 2013), http://www.mnn.com/green-tech/transportation/blogs/clean-diesel-what-you-need-to-know; Anthony Ingram, *2015 VW Golf, Beetle, Passat, Jetta All Get New Clean Diesel Engine*, Green Car Reports (Mar. 19, 2014), http://www.greencarreports.com/news/1090957_2015-vw-golf-beetle-passat-jetta-all-get-new-clean-diesel-engine (last visited on Sept. 28, 2015).

[36] Paul Eisenstein, *Volkswagen Scandal Delivers 'Black Eye' to Diesel Tech as a Whole*, NBC News (Sept. 24, 2015), http://www.nbcnews.com/business/autos/volkswagen-scandal-delivers-black-eye-diesel-tech-whole-n433016.

advertising campaign, sales of the Affected Vehicles grew dramatically, from 43,869 in 2009 to a peak of 111,285 in 2013.[37]  This largely accounted for VW America's sales growth to over 400,000 sales in 2013, nearly double the sales in 2007.[38]  Likewise, the Affected Vehicles contributed significantly to Audi's growth from 93,506 sales in 2007 to 182,011 in 2014.[39]

87.    Volkswagen also engaged in an aggressive lobbying campaign for federal tax credits for the Affected Vehicles, akin to the credits offered for electric cars.[40]  These efforts were met with some success, as many of the Affected Vehicles were deemed eligible for federal income tax credits in order to spur "clean diesel" technology.  In fact, at least $78 million was earmarked for TDI Jetta buyers in 2009 and 2010.[41]

D.    **Volkswagen's Dirty Diesel Scheme Starts to Unravel**

88.    Volkswagen's illegal scheme started to unravel in May 2014, approximately five years after the first VW diesel model containing the defeat device was introduced into the U.S. stream of commerce.  That's when West Virginia University's Center for Alternative Fuels, Engines & Emissions published results of a study commissioned by the International Council on Clean Transportation ("ICCT"), which found that certain of the Affected Vehicles' real world $NO_X$ and other emissions exceeded the allowable EPA emission standards.[42]

---

[37] *Supra* note 7.

[38] *Volkswagen Reports December 2013 and Year-End Results*, Volkswagen (Jan. 3, 2014), http://media.vw.com/release/592/.

[39] *Audi achieves fifth straight year of U.S. record sales with 182,011 vehicles in 2014*, Audi USA (Jan. 5, 2015), https://www.audiusa.com/newsroom/news/press-releases/2015/01/audi-achieves-fifth-straight-year-of-us-record-sales-with-182011-vehicles-in-2014.

[40] Steve Birr, *Volkswagen Lobbied Obama Administration For Green Tax Credits*, The Daily Caller (Oct. 13, 2015), http://dailycaller.com/2015/10/13/volkswagen-lobbied-obama-administration-for-green-tax-credits/.

[41] *Volkswagen shares plunge on emissions scandal; U.S. widens probe*, Reuters (Sept. 21, 2015), https://finance.yahoo.com/news/volkswagen-shares-plunge-most-six-071319964.html.

[42] *See Final Report: In Use Emissions Testing of Light-Duty Diesel Vehicles in the United States*, International Council on Clean Transportation (May 15, 2015), http://www.theicct.org/sites/default/files/publications/WVU_LDDVin-use_ICCT_Report_Final_may 2014.pdf.

89.    The ICCT researchers had been comparing the real-world performance of "Clean Diesel" vehicles in Europe with reported results and noted numerous discrepancies. Since the U.S. emission regulations were significantly more stringent than its European counterparts, the ICCT sought to test the equivalent U.S. "Clean Diesel" cars, presuming that they would run cleaner.  West Virginia University's team of emissions researchers was a qualified and enthusiastic partner, as they had already been engaged in the study of heavy truck emissions.

90.    Shockingly, the study showed that, contrary to testing lab results, real world driving of Volkswagen "Clean Diesel" vehicles produced levels of $NO_X$ 30 to 40 times higher than legal limits promulgated by the EPA and CARB:



**Average emissions of nitrogen oxides in on-road testing**

Source: Arvind Thiruvengadam, Center for Alternative Fuels, Engines and Emissions at West Virginia University

91.     The results of this study prompted an immediate investigation by the EPA and CARB, both of whom demanded an explanation from Volkswagen.  Despite knowing that the Affected Vehicles contained illegal emission systems—and defeat devices intentionally designed to comply with emission standards on a test bench but not under normal driving operation and use—Volkswagen failed to come clean.  Instead, Volkswagen denied the allegations and blamed faulty testing procedures as the culprit.

92.     In December 2014, Volkswagen issued a recall purportedly to update emission control software in the Affected Vehicles, and CARB (along with the EPA) conducted follow-up testing of the Affected Vehicles in the laboratory and during normal road operation.  CARB attempted to identify the source and nature of the Affected Vehicles' poor performance and determine why their on-board diagnostic systems did not detect the increased emissions.  None of the technical issues suggested by Volkswagen adequately explained the $NO_X$ test results as confirmed by CARB.  Dissatisfied with Volkswagen's explanations, EPA and CARB officials finally threatened to withhold the COCs for Volkswagen's 2016 diesel vehicles until it adequately explained the anomaly of the higher emissions.  Then, and only then, did Volkswagen finally relent and admit that its illegal scheme had been uncovered.

### E.     Volkswagen Describes The Defeat Device—In Part

93.     On September 3, 2015, Volkswagen officials finally disclosed at a meeting with the EPA and CARB that it had installed a sophisticated software algorithm on the 2.0 liter TDI Affected Vehicles, which could detect when the car was undergoing emission testing on a test bench and switch the car into a cleaner running mode.  During that meeting, Volkswagen admitted that the software was a "defeat device" forbidden by the CAA and state regulations.

94.     On September 18, 2015, the EPA issued a Notice of Violation of the CAA (the "First NOV") to VW AG, Audi AG, and VW America for installing illegal defeat devices in 2009-2015 Volkswagen and Audi diesel cars equipped with 2.0 liter diesel engines.  That same

day, CARB sent a letter to VW AG, Audi AG, and VW America, advising that it had initiated

an enforcement investigation of Volkswagen pertaining to the vehicles at issue in the First

NOV.

95.    Two days later, Volkswagen made its first public admission of wrongdoing in

a written statement and video by VW AG's then-CEO Winterkorn (who would soon resign as

a result of this scandal), posted on VW AG's website.   Winterkorn's statement read, in

pertinent part:

> I personally am deeply sorry that we have broken the trust of our
> customers and the public. We will cooperate fully with the
> responsible agencies, with transparency and urgency, to clearly,
> openly, and completely establish all of the facts of this case.
> Volkswagen has ordered an external investigation of this
> matter. . . . We do not and will not tolerate violation of any kind
> of our internal rules or of the law.[43]

In his video, Winterkorn further apologized by stating:

> The irregularities in our group's diesel engines go against
> everything Volkswagen stands for. To be frank with you,
> manipulation at Volkswagen must never happen again. . . . I
> personally am deeply sorry that we have broken the trust of our
> customers. I would like to make a formal apology to our
> customers to the authorities and to the general public for this
> misconduct.[44]

96.    That same day, Volkswagen confirmed that it had ordered dealers to stop selling

both new and used vehicles with 2.0 liter diesel engines.[45]   Volkswagen continued to sell its

3.0 liter diesel models, despite containing similar, but not-yet-disclosed defeat devices.

---

[43] *See Statement of Prof. Dr. Martin Winterkorn, CEO of Volkswagen AG*, Volkswagen AG (Sept. 20, 2012),
http://www.volkswagenag.com/content/vwcorp/info_center/en/news/2015/09/statement_ceo_of_volkswagen_ag.html.

[44] *See* Joe Lorio, *VW Chairman Martin Winterkorn Releases Video Addressing Scandal, Is Not Stepping Down*, Car and Driver (Sept. 22, 2015), http://blog.caranddriver.com/vw-chairman-martin-winterkorn-releases-video-addressing-scandal-is-not-stepping-down/.

[45] Jack Ewing, *Volkswagen to Stop Sales of Diesel Cars Involved in Recall*, N.Y. Times (Sept. 20, 2015), http://www.nytimes.com/2015/09/21/business/international/volkswagen-chief-apologizes-for-breach-of-trust-after-recall.html.

97.     On September 21, 2015, Volkswagen spokesman John Schilling stated in an email that Volkswagen was "committed to fixing this issue as soon as possible" and to "developing a remedy that meets emissions standards and satisfies our loyal and valued customers."[46]

98.     Michael Horn, President and CEO of VW America, echoed this sentiment when he took the stage later that evening at a launch event for the 2016 Volkswagen Passat in Brooklyn, New York, telling reporters:

> Our company was dishonest, with the EPA and the California Air Resources Board, and with all of you and in my German words, ***we have totally screwed up***. We have to make things right, with the government, the public, our customers, our employees and also very important, our dealers.[47]

Horn's presentation on the new Passat, notably, did not promote the environmental efficiency of the car's "Clean Diesel" model.

99.     On September 22, 2015, Volkswagen announced that 11 million diesel cars worldwide were installed with the same "defeat device" software that had evaded emission testing by U.S. regulators.  Contemporaneously, Volkswagen announced that it had set aside reserves of 6.5 billion euros ($7.3 billion) in the third quarter to address the matter.[48]

100.    On September 23, 2015, Winterkorn resigned from his position as VW AG CEO.  In his resignation statement, Winterkorn insisted that he was not personally involved in the emissions scandal: "Above all, I am stunned that misconduct on such a scale was possible

---

[46] Jad Mouadwad, *et al.*, *The Wrath of Volkswagen's Drivers*, N.Y. Times (Sept. 21, 2015), http://www.nytimes.com/2015/09/22/business/the-wrath-of-volkswagens-drivers.html.

[47] Christine Seib, *Volkswagen's US Boss: We Totally Screwed Up*, CNBC (Sept. 22, 2015), http://www.cnbc.com/2015/09/21/volkswagen-us-ceo-screwed-up-on-eca-emissions-diesel-test-rigging.html.

[48] Nathan Bomey, *Volkswagen Emission Scandal Widens: 11 Million Cars Affected*, USA Today (Sept. 22, 2015), http://www.usatoday.com/story/money/cars/2015/09/22/volkswagen-emissions-scandal/72605874/.

in the Volkswagen Group. I am doing this in the interests of the company even though I am not aware of any wrongdoing on my part."[49]

101.  Following Winterkorn's resignation, Volkswagen released a statement that it had set up a special committee to lead its own inquiry into the scandal and expected "further personnel consequences in the next days."  It added: "The internal group investigations are continuing at a high tempo. All participants in these proceedings that have resulted in immeasurable harm for Volkswagen will be subject to the full consequences."  However, the committee insisted that Winterkorn "had no knowledge of the manipulation of emissions data."[50]

102.  On September 25, 2015, Matthias Müller, the Chairman of Porsche AG, was named as Winterkorn's successor.  Immediately upon assuming his new role, Müller issued a press release stating:

> My most urgent task is to win back trust for the Volkswagen Group—by leaving no stone unturned and with maximum transparency, as well as drawing the right conclusions from the current situation. Under my leadership, Volkswagen will do everything it can to develop and implement the most stringent compliance and governance standards in our industry.[51]

103.  On October 8, 2015, Horn made frank admissions of culpability in his testimony before the House Committee on Energy and Commerce's Subcommittee on Oversight and Investigations.  Under oath, Horn testified: "On behalf of our Company, and my colleagues in Germany, I would like to offer a sincere apology for Volkswagen's use of a

---

[49] Graham Ruddick, *Volkswagen Chief Quits Over Emissions Scandal as Car Industry Faces Criss*, The Guardian (Sept. 23, 2015), http://www.theguardian.com/business/2015/sep/23/volkswagen-chief-martin-winterkorn-quits-emissions-scandal.
[50] *Id.*
[51] *Matthias Müller appointed CEO of the Volkswagen Group*, Volkswagen AG (Sept. 25, 2015), http://www.volkswagenag.com/content/vwcorp/info_center/en/news/2015/09/CEO.html.

software program that served to defeat the regular emissions testing regime."[52]  In response to a question from the Subcommittee Chairman, Representative Tim Murphy, whether the software was installed "for the express purpose of beating tests," Horn testified, "it was installed for this purpose, yes."[53]

104.    On November 2, 2015, the EPA issued a second Notice of Violation of the CAA (the "Second NOV") to VW AG, Audi AG, and VW America, this time directed at the larger 3.0 liter, 6-cylinder diesel models—the same vehicles that Volkswagen continued to sell through its dealers after the First NOV.[54]  The Second NOV, which was also issued to Porsche AG and Porsche America, alleged that Volkswagen had installed illegal defeat devices in certain vehicles equipped with 3.0 liter diesel engines for model years 2014-2016.  Although not identical, the cheating alleged by Volkswagen in the Second NOV concerned essentially the same mechanism Volkswagen used—and admitted to using—in the First NOV.

105.    However, shortly after it received the Second NOV, Volkswagen fired back at the EPA's new claims of fraud, denying that it installed defeat device software in the identified 3.0 liter diesel vehicles.  In response to the Second NOV, Volkswagen issued the following bold statement: "Volkswagen AG wishes to emphasize that no software has been installed in the 3.0 liter V6 diesel power units to alter emission characteristics in a forbidden manner."[55]

106.    Yet, the following day, despite Volkswagen's insistence that the 3.0 liter diesel emission system was legal, Volkswagen ordered dealers to stop selling all six models at issue

---

[52] *Supra* note 1.

[53] *Id.*

[54] Letter from Susan Shinkman, Director, EPA Office of Civil Enforcement to Volkswagen dated Nov. 2, 2015, http://www.epa.gov/sites/production/files/2015-11/documents/vw-nov-2015-11-02.pdf.

[55] Emily Field, *Volkswagen Slams Newest EPA Emissions Fraud Claims*, Law360 (Nov. 3, 2015), http://www.law360.com/articles/722478/volkswagen-slams-newest-epa-emissions-fraud-claims.

in the Second NOV, in addition to the Audi Q7, which was also equipped with a 3.0 liter diesel engine.[56]

107.   On November 4, 2015, following its directive to halt sales of the 3.0 liter diesel models, Volkswagen announced that an internal investigation revealed "unexplained inconsistencies" with the carbon-dioxide output of 800,000 of its gasoline-powered vehicles.[57]

108.   On November 22, 2015, after almost three weeks of denying the EPA's allegations contained in the Second NOV, Audi finally admitted that defeat device software was installed in all of its Affected Vehicles.  Specifically, Audi stated that it had failed to disclose three auxiliary emissions control devices in its 3.0 liter diesel engines to U.S. regulators, and further admitted: "One of them is regarded as a defeat device according to application of U.S. law. Specifically, this is the software for the temperature conditioning of the exhaust gas cleaning system."[58]  This admission came almost three months after Volkswagen's initial *mea culpa*.

109.   Still, despite the admissions and apologies that followed each time a Volkswagen lie was exposed, it became apparent that Volkswagen was not ready to fully accept responsibility for its actions.  Indeed, merely one month after Volkswagen admitted to the findings in the Second NOV, Hans-Gerd Bode, Volkswagen's Group Communications Chief, told a group of reporters: "I can assure you that we certainly did not, at any point,

---

[56] Paul Lienert, *Volkswagen tells dealers to stop selling some 3.0 V6 diesel models*, Reuters (Nov. 4, 2015), http://www.reuters.com/article/us-volkswagen-emissions-stopsale-idUSKCN0ST2E420151104.

[57] Benedikt Kammel, *VW Emissions Issues Spread to Gasoline Cars*, Bloomberg (Nov. 3, 2015), http://www.bloomberg.com/news/articles/2015-11-03/volkswagen-emissions-woes-deepen-as-800-000-more-cars-affected.

[58] *Statement on Audi's discussions with the US environmental authorities EPA and CARB*, Volkswagen AG (Nov. 23, 2015), http://www.volkswagenag.com/content/vwcorp/info_center/en/news/2015/11/epa.html.

44

knowingly lie to you. . . .   We have always tried to give you the information which corresponded to the latest level of our own knowledge at the time."[59]

110.   On January 10, 2016, in an interview with NPR at the North American International Auto Show, Müller claimed that Volkswagen *did not lie* to U.S. regulators about emissions problems with its diesel engines, and suggested that the whole thing had been a misunderstanding of U.S. law.  Müller stated:

> Frankly spoken, it was a technical problem. We made a default, we had a . . . not the right interpretation of the American law. And we had some targets for our technical engineers, and they solved this problem and reached targets with some software solutions which haven't been compatible to the American law. That is the thing. And the other question you mentioned—it was an ethical problem? I cannot understand why you say that. . . . We didn't lie. We didn't understand the question first. And then we worked since 2014 to solve the problem.[60]

111.   Moreover, since the fraud was first exposed, Volkswagen has consistently denied that its top executives were involved with, or had knowledge of, the fraudulent scheme, instead pinning the blame on the work of a few rogue engineers.  In fact, accepting Müller's January 10, 2016 assertion as true would require one to believe that Volkswagen had previously obtained COCs for prior diesel vehicles and complied with U.S. law by coincidence or accident, and not based on their knowledge that defeat devices were forbidden.

112.   As an alternative tactic, during Horn's Congressional hearing on October 8, 2015, Horn testified that the installation of the defeat device in certain Volkswagen diesel vehicles was the work of "a couple of software engineers who put this in for whatever

---

[59] Andreas Cremer, *Das Auto' no more: Volkswagen plans image offensive*, Reuters (Dec. 22, 2014),       http://www.reuters.com/article/us-volkswagen-emissions-communications-i-idUSKBN0U514L20151222.
[60] Sonari Glinton, *'We Didn't Lie,' Volkswagen CEO Says Of Emissions Scandal*, NPR (Jan. 11, 2016), http://www.npr.org/sections/thetwo-way/2016/01/11/462682378/we-didnt-lie-volkswagen-ceo-says-of-emissions-scandal.

reason."[61]   Horn's explanation is not only contrary to prior admissions, but entirely implausible.

113.   To date, at least eleven of Volkswagen's top executives have either resigned under pressure or been fired.  Among the top executives dismissed are Winterkorn, CEO and Chairman of Volkswagen, who resigned almost immediately once the scandal became public; Dr. Ulrich Hackenberg, a top engineering boss in the Audi Group, who was suspended and later resigned; Heinz-Jakob Neusser, described as a Volkswagen "development" boss, who was suspended and later resigned; and Wolfgang Hatz, Porsche's "development" boss and previously Volkswagen's head of engine development, who was suspended and then resigned. Furthermore, one of Volkswagen's top advertising executives purportedly "resigned" (although the company has said that the resignation was unrelated to the present scandal), and VW America has replaced their general counsel and head of public affairs, David Geanacopoulos. Just recently Frank Tuch, VW AG's head of quality assurance, also resigned, his departure likely tied to leadership overhauls as Volkswagen's internal investigations continue.

114.   That a few rogue engineers could orchestrate this massive, worldwide scheme is implausible not only because of the firings of the above-listed executives, but also because Volkswagen has been implicated using not just one, but *two* sophisticated defeat device software programs, in *two* separate engines designed and manufactured by different engineers in different corporate facilities.  In addition, more than a dozen different Affected Vehicles, involving three separate brands—Volkswagen, Audi and Porsche—have been implicated in a fraud that began more than a decade ago.

115.   On October 17, 2015, Reuters reported that anonymous insiders, including a Volkswagen manager and a U.S. official close to the government's investigation of the

---

[61] Paul A. Eisenstein, *Could Rogue Software Engineers Be Behind VW Emissions Cheating?*, NBC News (Oct. 9, 2015), http://www.nbcnews.com/business/autos/could-rogue-software-engineers-be-behind-vw-emissions-cheating-n441451.

company, claimed that Volkswagen made several modifications to its emissions defeat device software over the seven years the company has admitted to cheating.[62]  Such incremental updates to the software, which were made to accommodate new generations of engines during that timeframe, evidences a larger group of employees making an ongoing effort to continue their deception.

116.    As discussed above, on January 22, 2016, Germany's *Sueddeutsche Zeitung* newspaper reported that Volkswagen's development of defeat device software to cheat diesel emissions tests was an "open secret" in its engineering development department.  Staff members in engine development have stated that they felt pressure from the top of Volkswagen's corporate hierarchy to find a cost-effective solution to develop clean diesel engines to increase U.S. market share.  Rather than concede that such engines could not be built (*i.e.*, were "impossible" as R&D chief Hatz once proclaimed), the development team decided to push ahead with manipulation.[63]

117.    Quoting documents from Volkswagen's internal investigation, which included testimony from a staff member who took part in the fraud, the German newspaper said: "Within the company there was a culture of 'we can do everything', so to say something cannot be done, was not acceptable. . . .  Instead of coming clean to the management board that it cannot be done, it was decided to commit fraud."[64]  The newspaper further reported that staff in Volkswagen's engine development department took comfort from the fact that regulators would not be able to detect the fraud using conventional examination techniques.

---

[62] Andreas Cremer, *et al.*, *VW made several defeat devices to cheat emissions tests: sources*, Reuters (Oct. 17, 2015), http://www.reuters.com/article/us-volkswagen-emissions-software-idUSKCN0SB0PU20151017.

[63] Georgina Prodhan, *Volkswagen probe finds manipulation was open secret in department: newspaper*, Reuters (Jan. 23, 2016), http://www.reuters.com/article/us-volkswagen-emissions-investigation-idUSKCN0V02E7.

[64] *Id.*

118.    Moreover, it was recently reported that a high-ranking employee warned senior Volkswagen managers back in May 2014 that U.S. officials might examine car engine software as part of an investigation into pollution levels.[65]  According to German newspaper *Bild am Sonntag*, the warning came in the form of a letter that was sent from Volkswagen's product quality and safety department by an employee known internally as "Winterkorn's fireman," which stated, in part: "It can be assumed that the authorities will investigate VW systems to establish whether Volkswagen has implemented test-recognition software."

119.    Moreover, the role of Volkswagen's top management in the fraud has recently come under increased scrutiny after reports have emerged that Winterkorn was aware that Volkswagen was rigging emissions tests on its vehicles more than a year before the scandal emerged, yet did nothing to stop the practice.[66]

120.    According to German newspaper *Bild-Zeitung*, Winterkorn and other high-level Volkswagen managers were warned by a senior executive about the risk of a U.S. investigation into the use of the defeat devices back in May 2014.[67]  The newspaper reported that the warning came in the form of a letter from Bernd Gottweis, an employee known internally as the "fire-fighter," who led a team called the "Product Safety Taskforce," which concentrated on crisis prevention and management.  The letter, which was uncovered by the internal investigation carried out at Volkswagen's order, stated: "There is no well-founded explanation for the dramatically higher NOX emissions that can be given to the authorities.  It is to be suspected that the authorities will examine the VW systems to see whether Volkswagen has installed engine management software (a so-called Defeat Device)."

---

[65] Edward Taylor, *et al.*, *Volkswagen managers were notified about diesel prob in May 2014: sources*, Reuters (Feb. 14, 2016), http://mobile.reuters.com/article/idUSKCN0VN0SZ.

[66] Geoffrey Smith, *VW's ex-CEO Winterkorn 'Knew About Defeat Device in Early 2014,'* Fortune (Feb. 15, 2016), http://fortune.com/2016/02/15/vw-ceo-winterkorn-defeat-device/.

[67] *Id.*

121.    The newspaper also reported that a senior Volkswagen manager had admitted the true level of emissions to a CARB official on August 5, over a month before the EPA issued the First NOV I, and that Volkswagen brand chief Herbert Diess had convened meetings on August 24th and August 25th to discuss how to react to the scandal that was about to break.[68]

122.    The letter, of which *Bild-Zeitung* claims to have a copy, is the second leak suggesting that knowledge of the emissions problems and use of the defeat devices went far higher, far earlier, than Volkswagen has admitted.  Indeed, the German magazine *Manager* has reported that Volkswagen's management had already discussed the issue in the Spring of 2014 in reference to a letter received from the EPA.[69]  The revelations from these reports directly contradict arguments made by Winterkorn and Horn that they were unaware of the use of defeat devices applied specifically to circumvent U.S. regulations.

123.    At a December 10, 2015 press conference, during which Volkswagen discussed preliminary results of their internal investigation, executives admitted that Volkswagen had installed defeat devices to take shortcuts around engineering challenges.  Faced with "[s]trict and significantly toughening $NO_X$ limits," Volkswagen knew those "$NO_X$ limits could not be met with [their] technological design" for lean $NO_X$ traps so instead they dealt with the problem by installing defeat devices on those Affected Vehicles.  The Affected Vehicles with urea treatments faced a separate problem: the urea tanks were too small for consumers to maintain urea levels at standard intervals.  Volkswagen also took shortcuts around these engineering challenges by implementing a defeat device to reduce urea consumption and illegally stretch the capacity of its urea tanks outside of test conditions.  Volkswagen concluded this presentation by implicitly acknowledging the toxicity of its corporate culture, as Volkswagen

---

[68] *Id.*

[69] *Id.*

announced it would establish a "new mindset" among Volkswagen leadership that has "[m]ore capacity for criticism."[70]

**F.     Volkswagen's Failed Attempts At Remedial Action**

124.    While Volkswagen claims to have a software fix for European cars, it has struggled to find a solution for U.S. cars.  In a statement discussing the European fix, it said:

> Due to far stricter nitrogen oxide limits in the United States, it is a greater technical challenge to retrofit the vehicles such that all applicable emissions limits can be met with one and the same emissions strategy. . . . To this end, Volkswagen is cooperating closely with the United States Environmental Protection Agency and the California Air Resources Board.[71]

125.    However, that cooperation has not yet been met with any success.  On January 12, 2016, CARB rejected Volkswagen's proposal to recall and remedy Affected Vehicles equipped with 2.0 liter diesel engines, finding that the plans were "incomplete, substantially deficient, and fall far short of meeting the legal requirements to return these vehicles to the claimed certification configuration."[72]  Following the rejection, CARB Chair Mary D. Nichols released the following statement:

> Volkswagen made a decision to cheat on emissions tests and then tried to cover it up. They continued and compounded the lie and when they were caught they tried to deny it. The result is thousands of tons of nitrogen oxide that have harmed the health of Californians. They need to make it right. Today's action is a step in the direction of assuring that will happen.[73]

---

[70] *Volkswagen AG, The Volkswagen Group is moving ahead: Investigation, customer solutions, realignment*, Volkswagen AG (Dec. 10, 2015), http://www.volkswagenag.com/content/vwcorp/content/en/investor_relations.html.

[71] Jay Ramey, *VW chairman Poetsch: Company 'tolerated breaches of rules,'* Autoweek (Dec. 10, 2015), http://autoweek.com/article/vw-diesel-scandal/vw-chairman-poetsch-company-tolerated-breaches-rules.

[72] Ashlee Kieler, *California Rejects VW Proposal To Fix Emissions-Cheating Vehicles*, Consumerist (Jan. 12, 2016), http://consumerist.com/2016/01/12/california-rejects-vw-proposal-to-fix-emissions-cheating-vehicles/.

[73] *Id.*

Shortly thereafter, the EPA issued a statement of its own backing CARB's decision not to approve Volkswagen's recall plans.[74]

**G.    Defendants' Illegal Scheme Caused Health Risks And Quantifiable Harm To The Environment**

126.    The defendants' illegal scheme has also caused significant injury to public health, as well as harm to the environment due to the Affected Vehicles' emission of hazardous pollutants far in excess of legal limits.

127.    As mentioned above, $NO_X$ is a hazardous pollutant and "an indirect greenhouse gas," which contributes to ground-level ozone (a greenhouse gas) formation and can travel hundreds of miles from the source of emission.  Ozone is a colorless and odorless gas which, even at low levels, can cause cardiovascular and respiratory health problems, including chest pain, coughing, throat irritation, and congestion.  The human health concerns from over-exposure to $NO_X$ are well established, and include negative effects on the respiratory system, damage to lung tissue, and premature death.  $NO_X$ can penetrate deeply into sensitive parts of the lungs, and is known to cause or worsen respiratory diseases like asthma, emphysema and bronchitis, as well as aggravate existing heart disease.  Children, the elderly, people with lung diseases such as asthma, and people who work or exercise outside are particularly susceptible to such adverse health effects, though its effects are felt on all of society.  Public health literature has firmly established a direct link between marginal short run fluctuations in ambient ozone concentrations and mortality rates.[75]

128.    Tracing $NO_X$ emissions in one location into economic damages to health can be done through a model that translates the ground-level emissions of $NO_X$ in one location into

---

[74] *Id.*

[75] Bell *et al*. (2004) show evidence of a short-term 10 parts per billion (ppb) rise in ozone concentrations would result in 3,767 additional premature deaths across 95 urban areas in the U.S.  For evidence regarding ozone's morbidity and environmental impacts, *see* EPA (2006), Moretti and Neidell (2008), and Neidell (2004, 2009).

ozone damages everywhere, as $NO_X$ travels and reacts in spatially heterogeneous ways across the country.  One such model is the AP2 Model (Muller, 2015), which has county level resolution, translates $NO_X$ emissions at ground level (and a variety of other pollutants) into economic damage across all other counties in the U.S. and aggregates the results.

129.    According to the WVU study, Figure 1 below demonstrates an estimate of marginal damages for driving a representative VW 3.0 TDI Jetta (just one of many models of Affected Vehicles), emitting 1.5g of $NO_X$/km for 100,000 miles.[76]



130.    Figure 1 (above) displays the spatial damage distribution across the U.S. for the high emitting Jetta.  Figure 2 (below) displays the distributions of damages for the low and

---

[76] The model does not include damages on crops or effects on morbidity, so it is a strict lower bound.  It uses the Bell, *et al.* (2004) dose response curve for ozone and a conservative value of a statistical life (VSL) of $2 million as applied in Müller, Mendelsohn and Nordhaus (2011). The standard requires a $NO_X$ limit per kilometer of 0.043 grams.  The lower range of the vehicle tested by WVU was 0.61 grams per kilometer and the upper bound was 1.5 grams per kilometer.  It is possible to calculate the damages from a vehicle driven for 100,000 miles in any of the over 3,000 counties in the U.S.  For the low end of the range of the Jetta test (0.61 g/km), a vehicle driven 100,000 miles emits an additional 201 pounds of $NO_X$ above a compliant car.  For the high end of the range of the Jetta test (1.5 g/km), a vehicle driven 100,000 miles emits an additional 516 pounds of $NO_X$ above a compliant car.  Figure 1 applies these numbers to the AP2 Model to illustrate the physicality of ozone formation.

high emitting versions of the Jetta and Passat for 100,000 miles as tested by WVU.[77]  The spatial patterns are not affected by the difference in emissions by vehicle type and emissions scenario, yet the overall range of damages is.  The range of damages for the Jetta under the high emissions scenario is roughly $62 to $1,346.  The range for the vehicle with lowest emissions (Passat, low) is roughly $13 to $274.



131.   In addition, as a result of the negative environmental and health impacts, one environmental research paper has estimated that the excess emissions from the Affected Vehicles between 2008 and 2015 will cause nearly 60 early deaths with a monetized cost of $450 million.[78]  Other reports have estimated that the defeat devices "allowed VWs to spew enough pollution to cause somewhere between 16 and 94 deaths over seven years."[79]

---

[77] In addition to the Jetta assumptions described, *supra*, for the low end of the range of the Passat test (0.34 g/km), a vehicle driven 100,000 miles emits an additional 105 pounds of $NO_X$ above a compliant car.  For the high end of the range of the Passat test (0.67 g/km) a vehicle driven 100,000 miles emits an additional 222 pounds of $NO_X$ above a compliant car.  Figure 1 applies these numbers to the AP2 Model to illustrate the physicality of ozone formation.

[78] Steven R H Barrett, *et al.*, *Impact of the Volkswagen emissions control defeat device on US public health*, IOP Science (Oct. 29, 2015), http://iopscience.iop.org/article/10.1088/1748-9326/10/11/114005?fromSearchPage=true.

[79] Seth Borenstein, *Volkswagen's emissions cheating likely caused dozens of deaths in the US*, Business Insider (Oct. 5, 2015), http://www.businessinsider.com/ap-ap-analysis-vw-evasion-likely-led-to-dozens-of-deaths-2015-10.

Regardless of the precise number of deaths, the serious environmental and physical harm will continue to grow as long as the Affected Vehicles remain on the roads.

## TOLLING OF THE STATUTE OF LIMITATIONS

### Discovery Rule

132.    The causes of action alleged herein did not accrue until the EPC discovered that the Affected Vehicles were equipped with the defeat devices and were not delivering the low emissions that were advertised and warranted by Volkswagen.

133.    The EPC had no realistic ability to discover the presence of the defeat devices, or to otherwise learn of the fraud, until it was discovered by the EPA and California Air Resources Board and revealed to the public on September 18, 2015.  The EPA and CARB uncovered the software manipulation only through sophisticated, costly investigation.

### Fraudulent Concealment

134.    All applicable statutes of limitation have also been tolled by Volkswagen's knowing and active fraudulent concealment and denial of the facts alleged herein.

135.    Volkswagen has known of the defeat devices installed in the Affected Vehicles since at least 2009 when it began installing them, and has intentionally concealed from or failed to notify regulators, consumers, and the public of the defeat devices and the true emissions and performance of the Affected Vehicles.

136.    The defeat device is a complicated software algorithm designed only to detect emissions testing conditions in order to selectively initiate the full emissions controls and trick the emissions test.  The defeat device could only have been installed intentionally by Volkswagen, and the only purpose of the code is to deceive regulators, consumers, and the public.

137.    Despite knowing about the defeat device and unlawful emissions, Volkswagen did not acknowledge the problem until after the EPA issued its NOV on September 18, 2015.

138.     Any applicable statute of limitation has therefore been tolled by Volkswagen's knowledge and active concealment of the facts alleged herein.

**Estoppel**

139.     Volkswagen was and is under a continuous duty to disclose to regulators, consumers, and the public the true character, quality, and nature of the Affected Vehicles, including their emissions systems and their compliance with applicable federal and state law. Instead, it actively concealed the true character, quality, and nature of the Affected Vehicles and knowingly made misrepresentations about the quality, reliability, characteristics, and performance of the Affected Vehicles.  The EPC, like other regulators and the public at large, reasonably relied upon Volkswagen's knowing and affirmative misrepresentations and/or active concealment of these facts.  Based on the foregoing, Volkswagen is estopped from relying on any statutes of limitation in defense of this action.

**CLAIMS FOR RELIEF**

**COUNT I**
**MONETARY PENALTIES FOR VIOLATION OF**
**EPC RULE 1-8, "MOBILE SOURCE"**

140.     Plaintiff incorporates by reference all allegations of the preceding paragraphs as though fully set forth herein.

141.     EPC Rule 1-8, "Mobile Source," was enacted on September 29, 1987, "for the purpose of implementing the intent of the Florida Legislature as declared in the Environmental Protection Act of Hillsborough County, to insure the atmospheric purity and freedom of the air in Hillsborough County from contaminants or synergistic agents resulting from the improper use and combustion of fuels in motor vehicles, or any other air contaminants released by the improper operation or servicing of motor vehicles."  EPC Rule 1-8.01 (see Exhibit B, attached hereto).

142.   EPC Rule 1-8 prohibits tampering with vehicle emission control systems and further prohibits the manufacture, installation, sale, or advertisement of defeat devices, such as the ones employed by the defendants, Volkswagen and Bosch, in the above described defeat device scheme.  The rule provides:

> No person shall tamper, cause, or allow the tampering of the emission control system of any motor vehicle.

> EPC Rule 1-8.05 (1).

The rule further provides:
> No person shall manufacture, install, sell or advertise for sale, devices to defeat or render inoperable any component of a motor vehicle's emission control system….

> EPC Rule 1-8.05 (6).

143.   There are presently at least 1,118 Affected Vehicles registered in Hillsborough County, Florida.  The defendants' conduct has rendered each of these vehicles in violation of EPA regulations, and violates Rule 1-8 as described above by the tampering with of emission control systems of Affected Vehicles registered in Hillsborough County, and the manufacture of defeat devices and the installation of said devices in Affected Vehicles registered in Hillsborough County.

144.   As such, the defendants are liable, jointly and severally, for penalties pursuant to Section 17 of the Enabling Act, which provides a civil penalty for EPC rules violations as follows:

> Violation is punishable by a civil penalty of not more than $5,000 for the first offense and of not more than $5,000 for each offense thereafter.  Each day during any portion of which such violation occurs constitutes a separate offense.

> Enabling Act, § 17 (2).

145.    Accordingly, the EPC seeks a determination of statutory penalties for each Affected Vehicle ever registered in Hillsborough County, Florida, not to exceed $5,000 per offense, with each day during which any portion of which such violation occurs constituting a separate offense.

## COUNT II
## INJUNCTIVE RELIEF FOR VIOLATION OF EPC RULE 1-8, "MOBILE SOURCE"

146.    Plaintiff incorporates by reference all allegations of the preceding paragraphs as though fully set forth herein.

147.    The defendants' conduct, as described above, has violated EPC Rule 1-8, "Mobile Source," with respect to at least 1,118 Affected Vehicles, and has caused said vehicles to be in non-compliance with EPA regulations.

148.    The Enabling Act, section 18 (5), provides for the imposition of injunctive relief to enforce compliance with EPC Rules:

> The commission may institute a civil action in a court of competent jurisdiction to seek injunctive relief to enforce compliance with this chapter or any rule, regulation, permit, certification, or order, to enjoin any violation specified in section 16 or section 17(1), and to seek injunctive relief to protect or restore the air, waters, and property, including animal, plant, and aquatic life from injury caused or threatened by any violation.

Enabling Act, § 18 (5).

149.    Accordingly, the EPC seeks an order of injunctive relief against the defendants to desist from further deceptive distribution, sales, and lease practices with respect to the Affected Vehicles, and directing the defendants to permanently, expeditiously, and completely repair the Affected Vehicles so that no further harm is caused to the air or environment of Hillsborough County.

## **PRAYER FOR RELIEF**

The EPC requests the Court enter judgment against the defendants and in favor of the EPC, and grant the following relief:

A.      an order enjoining the defendants to desist from further deceptive distribution, sales, and lease practices with respect to the Affected Vehicles, and directing the defendants to permanently, expeditiously, and completely repair the Affected Vehicles;

B.      an award to the EPC of statutory penalties and damages, including interest, in an amount to be proven at trial;

C.      an award of attorneys' fees and costs, as allowed by law;

D.      an award of pre-judgment and post-judgment interest, as provided by law;

E.      leave to amend this complaint to conform to the evidence produced at trial; and

F.      such other relief as may be appropriate under the circumstances.

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), the plaintiff demands a trial by jury of any and all issues in this action so triable of right.

Dated:  March 24, 2016                      Respectfully submitted,

                                                           BEASLEY, ALLEN, CROW, METHVIN,
                                                           PORTIS & MILES, P.C.

                                                           By:     */s/ W. Daniel "Dee" Miles*
                                                                       W. Daniel "Dee" Miles, III

                                                           W. Daniel "Dee" Miles, III*
                                                           H. Clay Barnett*
                                                           Archie I. Grubb, II*
                                                           BEASLEY, ALLEN, CROW, METHVIN,
                                                           PORTIS & MILES, P.C.
                                                           218 Commerce Street
                                                           Montgomery, AL 36104
                                                           Telephone:  (334) 269-2343

Facsimile:  (334) 954-7555
Dee.Miles@BeasleyAllen.com
Clay.Barnett@BeasleyAllen.com
Archie.Grubb@BeasleyAllen.com

*\* to be admitted pro hac vice*


Luis Martinez-Monfort
Florida Bar No. 0132713
Keith W. Meehan
Florida Bar No.  0092897
GARDNER BREWER MARTINEZ-
MONFORT, P.A.
400 North Ashley Drive, Suite 1100
Tampa, Florida  33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
lmmonfort@gbmmlaw.com
kmeehan@gbmmlaw.com
litigation@gbmmlaw.com

Thomas L. Young
Florida Bar No. 0231680
LAW OFFICE OF THOMAS L. YOUNG, P.A.
209 South Howard Ave.
Tampa, Florida 33606
Telephone: 813-251-9706
Facsimile: 813-364-1908
tyoung@tlylaw.com